1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, CA  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Janice Evans

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE EVANS, | No.   5:10-CV-5752-PSG |
| Plaintiff, | **STIPULATION AND** xxxxxxxxxxxxxx |
| vs. | **ORDER TO FILE SECOND AMENDED COMPLAINT** |
| H.K.N. IV., LLC, et al. | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties who have appeared in this action, through their respective attorneys of record, that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto.

   IT IS FURTHER STIPULATED that Plaintiff shall file her Second Amended Complaint within ten (10) days of the entry of the Order hereon.  Defendants shall have twenty-one (21) days from the date of service of the Second Amended Complaint within which to file their responsive pleadings.

   IT IS SO STIPULATED.

Dated:  March 23, 2011           MOORE LAW FIRM, PC


                                 By:  /s/ Tanya E. Moore
                                      Tanya E. Moore
                                      Attorneys for Plaintiff Janice Evans

*Evans v. H.K.N. IV, LLC, et al.*
Stipulation and Order to File Second Amended Complaint

Page 1

| | | |
|---|---|---|
| 1 | Dated:  March 30, 2011 | MILLER, MORTON, CAILLAT & NEVIS |
| 2 | | |

By:   /s/ Daniel J. Nevis
     David I. Kornbluh
     Daniel J. Nevis
     Attorneys for Defendant H.K.N. IV, LLC

Dated:  March 30, 2011     LURIE, ZEPEDA, SCHMALZ & HOGAN

By:   /s/ Wayne C. Arnold
     Wayne C. Arnold
     Attorneys for Defendant
     Rite Aid Corporation and Thrifty Payless,
     Inc., dba Rite Aid

Dated:  March 30, 2011     KAHN, SOARES & CONWAY, LLP

By:   /s/ Rissa A. Stuart
     Rissa A. Stuart
     Attorneys for Defendant
     Kumar Management Corp., a California
     Corporation dba Taco Bell

**ORDER**

The parties have so stipulated,

**IT IS HEREBY ORDERED** that the Second Amended Complaint be filed within (10) days of the date of this Order, and that responsive pleadings be filed within twenty-one (21) days of service of the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated:  April 4, 2011

_/s/ Paul S. Grewal_
UNITED STATES MAGISTRATE JUDGE

*Evans v. H.K.N. IV, LLC, et al.*
Stipulation and Order to File Second Amended Complaint