| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | CARLA J. HARTLEY (SBN 117213) |
| 2 | THERESA E. MASON (SBN 271022) |
| | 225 BUSH STREET, 6TH FLOOR |
| 3 | SAN FRANCISCO, CALIFORNIA 94104-4207 |
| | TELEPHONE:      (415) 397-2700 |
| 4 | FACSIMILE:      (415) 397-3300 |
| | cjh@dillinghammurphy.com |
| 5 | tem@dillinghammurphy.com |

Attorneys for Defendant
BM5, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANICE EVANS, | Case No. 5:10-CV-05752-PSG |
| Plaintiff, | |
| v. | [~~XXXXXXXXXXX~~] **ORDER TO EXTEND TIME TO MEET AND CONFER** |
| H.K.N. IV, LLC; RITE AID CORPORATION and THRIFTY PAYLESS, INC. dba RITE AID PHARMACY, INC. #5985; LION CAPITAL INVESTMENTS, LLC, dba LION MARKET; MMJ MACDONALD, INC. dba ROUND TABLE PIZZA; BM5, INC. dba MCDONALD's; TACO BELL CORP; | |
| Defendants. | |

It is Hereby ordered:

Pursuant to the stipulation among Plaintiff Janice Evans and defendant BM5, the deadline for the meet and confer concerning the premises at issue is extended 22 days to May 31, 2011.

Dated: May 4 2011

By: /s/ Paul S. Grewal
Hon. Paul Singh Grewal
Magistrate Judge

Case No. 5:10-CV-05752-PSG                                                         Page No. 1
[PROPOSED] ORDER TO EXTEND TIME TO MEET AND CONFER