UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JANICE EVANS, | ) | Case No.: C 10-05752 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| H.K.N. IV, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On December 16, 2010, Plaintiff Janice Evans ("Evans") filed a complaint alleging claims for denial of full and equal access to a public accommodation. Pursuant to General Order No. 56, "[i]f within 45 days from the joint inspection and review, the parties cannot reach an agreement on injunctive review, or cannot settle the damages and fees claims, plaintiff shall file a 'Notice of Need for Mediation' . . . ." *See* General Order No. 56, ¶ 6. A joint inspection was to have occurred no later than 100 days after filing the complaint. *See id.* at ¶ 3.

Here, Evans filed her complaint nearly eight months ago and she has not filed a notice of need for mediation. Accordingly,

IT IS HEREBY ORDERED that no later than August 5, 2011, Evans is ordered to show

ORDER, *page 1*

1 | cause why the case should not be dismissed for failure to prosecute the case.

2 |     IT IS SO ORDERED.

3 | Dated: July 28, 2011

                                  PAUL S. GREWAL
                                  United States Magistrate Judge

ORDER, *page 2*