**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANICE EVANS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>H.K.N. IV, LLC, et al.,<br><br>　　　　Defendants. | No.  5:10-cv-05752-PSG<br><br>**ORDER CONTINUING HEARING ON DEFENDANT DENNY'S, INC.'S MOTION TO DISMISS** |

　　　Request having been made by Plaintiff Janice Evans to continue the hearing on Defendant Denny's Inc.'s motion to dismiss set for December 27, 2011 and good cause appearing therefor,

　　　**IT IS HEREBY ORDERED** that the hearing currently set for December 27, 2011 on Defendant Denny's Inc.'s Motion to Dismiss Based on Plaintiff's Failure to Comply with Court Orders be continued to January 17, 2012 at 10AM, in Courtroom 5 before the Honorable Paul S. Grewal.  All other dates remain unchanged.

**IT IS SO ORDERED**.

Dated: 12/9/2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge Paul S. Grewal

*Evans v. H.K.N. IV, LLC, et al.*
Order Continuing Hearing on Defendant Denny's, Inc. Motion to Dismiss

Page 1